UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
1:24-MC-5

FILED
Charlotte
Jun 10 2024
U.S. District Court
Western District of N.C.

IN RE: EXEMPTION OF

ELECTRONIC

PUBLIC ACCESS FEES

## ORDER

This matter is before the Court upon application and request by Dr. Hannah Ringler for exemptions from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Dr. Ringler is an assistant professor at the Illinois Institute of Technology. She is working on research related to the argumentative strategies used in defamation suits. She would like to access closed cases filed between 2013 and 2023 with several specific natures of suit in order to review the briefs filed and the ultimate resolution in the case. She plans to publish her final analysis in a peer reviewed academic journal but will not make the cases or documents she accesses available to the public. Dr. Ringer qualifies for an exemption, and one is needed to avoid unreasonable burden and promote public access. She shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of this limited request. She shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. This fee exemption applies only to Dr. Ringler and is valid only for the purposes stated above.
2. This fee exemption applies only to the electronic files of this Court that are available through the PACER system.
3. By accepting this exemption, Dr. Ringler agrees not to sell for profit any data obtained because of receiving this exemption.
4. Dr. Ringler is prohibited from transferring any data obtained because of receiving this exemption, including redistribution via internet-based databases; and
5. **This exemption is authorized until December 31, 2024.**

This exemption may be revoked at the discretion of the Court at any time. Pursuant to Judicial Conference policy, the Clerk shall review the usage of the account as part of the Court financial audit process. The Clerk is DIRECTED to provide a copy of this Order to the PACER Service Center and Dr. Ringler.

Dated: June 10, 2024

_____
Martin Reidinger, Chief
U.S. District Judge

**Account Ringler- 7587067**