# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

1:24-MC-5

FILED
Charlotte
Aug 02 2024
U.S. District Court
Western District of N.C.

IN RE: EXEMPTION OF

ELECTRONIC

PUBLIC ACCESS FEES

## ORDER

This matter is before the Court upon application and request by Alexander Viets for exemptions from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Mr. Viets is a researcher associated with the University of Cambridge in the U.K. He is researching the impact of patent litigation cases on the performance outcomes of U.S Companies. He is looking to review 96,684 cases.

Mr. Viets qualifies for an exemption, and one is needed to avoid unreasonable burden and promote public access. He shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of this limited request. He shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. This fee exemption applies only to Mr. Viets and is valid only for the purposes stated above.
2. This fee exemption applies only to the electronic files of this Court that are available through the PACER system.
3. By accepting this exemption, Mr. Viets agrees not to sell for profit any data obtained because of receiving this exemption.
4. Mr. Viets is prohibited from transferring any data obtained because of receiving this exemption, including redistribution via internet-based databases; and
5. **This exemption is authorized until September 30, 2024.**

This exemption may be revoked at the discretion of the Court at any time. Pursuant to Judicial Conference policy, the Clerk shall review the usage of the account as part of the Court financial audit process. The Clerk is DIRECTED to provide a copy of this Order to the PACER Service Center and Mr. Viets.

Dated: 8/2/2024

Martin Reidinger, Chief
U.S. District Judge

**Account Viets- 8034829.**