# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## 1:24-MC-5

FILED
Charlotte
Aug 02 2024
U.S. District Court
Western District of N.C.

IN RE: EXEMPTION OF

ELECTRONIC

PUBLIC ACCESS FEES

## ORDER

This matter is before the Court upon application and request by Mr. Cody Plante for exemptions from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Mr. Plante is a researcher associated with Dartmouth College. Mr. Plante is conducting research to develop an advanced machine learning classifier to help organizations identify and address hate speech, sexual harassment, and other harmful acts within their controlled communication systems such as email and Slack. He is looking to review about 1,400 cases and access about 4,600 dockets and case documents from specific natures of suit.

Mr. Plante qualifies for an exemption, and one is needed to avoid unreasonable burden and promote public access. He shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of this limited request. He shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. This fee exemption applies only to Mr. Plante and is valid only for the purposes stated above.
2. This fee exemption applies only to the electronic files of this Court that are available through the PACER system.
3. By accepting this exemption, Mr. Plante agrees not to sell for profit any data obtained because of receiving this exemption.
4. Mr. Plante is prohibited from transferring any data obtained because of receiving this exemption, including redistribution via internet-based databases; and
5. **This exemption is authorized until December 30, 2026.**

This exemption may be revoked at the discretion of the Court at any time. Pursuant to Judicial Conference policy, the Clerk shall review the usage of the account as part of the Court financial audit process. The Clerk is DIRECTED to provide a copy of this Order to the PACER Service Center and Mr. Plante.

Dated: 8/2/2024

Martin Reidinger, Chief
U.S. District Judge

**Account Plante 8019070.**