UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

1:24-MC-5

IN RE: EXEMPTION OF

ELECTRONIC

PUBLIC ACCESS FEES

FILED
Charlotte
Aug 21 2024
U.S. District Court
Western District of N.C.

## ORDER

This matter is before the Court upon application and request by Professor Stefan Savage for exemptions from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Professor Savage is associated with the University of California at San Diego and is researching the techniques for providing meaningful digital integrity checks on criminal process served electronically by major service providers such as Google and Microsoft. He is seeking to review approximately 1029 cases.

Professor Savage qualifies for an exemption, and one is needed to avoid unreasonable burden and promote public access. He shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of this limited request. He shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. This fee exemption applies only to Professor Savage and is valid only for the purposes stated above.
2. This fee exemption applies only to the electronic files of this Court that are available through the PACER system.
3. By accepting this exemption, Professor Savage agrees not to sell for profit any data obtained because of receiving this exemption.
4. Professor Savage is prohibited from transferring any data obtained because of receiving this exemption, including redistribution via internet-based databases; and
5. **This exemption is authorized until August 5, 2025.**

This exemption may be revoked at the discretion of the Court at any time. Pursuant to Judicial Conference policy, the Clerk shall review the usage of the account as part of the Court financial audit process. The Clerk is DIRECTED to provide a copy of this Order to the PACER Service Center and Professor Savage.

Dated: 8/21/2024

Martin Reidinger, Chief
U.S. District Judge

**Account Savage 8049601**