UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

1:24-MC-5

IN RE: EXEMPTION OF

ELECTRONIC

PUBLIC ACCESS FEES

## ORDER

This matter is before the Court upon application and request by Prof. Alexander Zentefis, Assistant Professor at Yale School of Management for an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Prof. Zentefis, who is associated with an educational institution, falls within the class of users listed in the fee schedule as eligible for an exemption. Additionally, his proposed research will study language patterns in criminal sentencing by looking at language patterns used among prosecutors, defense counsels, and defendants. He is looking to review court docket reports, sentencing memoranda and sentencing transcripts, and an exemption from the PACER fees is necessary to avoid unreasonable financial burdens and to promote public access to information.

This fee exemption applies only to Prof. Zentefis and is valid only for the purposes stated above. Further, the following applies to this Order:

1. This fee exemption applies only to the electronic files of this Court that are available through the PACER system.
2. By accepting this exemption, Prof. Zentefis agrees not to sell for profit any data obtained because of receiving this exemption.
3. Prof. Zentefis is prohibited from transferring any data obtained because of receiving this exemption including redistribution via internet-based databases; and
4. **This exemption is authorized until August 5, 2025.**

This exemption may be revoked at the discretion of the Court at any time. Pursuant to Judicial Conference policy, the Clerk shall review the usage of the account(s) as part of the Court financial audit process. The Clerk is DIRECTED to provide a copy of this Order to the PACER Service Center and to Prof. Zentefis.

Dated: 8/21/2024

Martin Reidinger, Chief
U.S. District Judge

**Account # 7548092**

FILED
Charlotte
Aug 21 2024
U.S. District Court
Western District of N.C.