UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

1:24-MC-5

IN RE: EXEMPTION OF

ELECTRONIC

PUBLIC ACCESS FEES

FILED
Charlotte
Nov 08 2024
U.S. District Court
Western District of N.C.

## ORDER

This matter is before the Court upon application and request by Ms. Kelsee Jaro for exemptions from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Ms. Kelsee Jaro is a graduate student researcher at Missouri Southern State University. She is researching the differences between income and the severity of sentences among convicted criminals of federal economic crimes. She is looking to review 3921 cases/documents from district courts.

Ms. Jaro qualifies for an exemption, and one is needed to avoid unreasonable burden and promote public access. She shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of this limited request. She shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. This fee exemption applies only to Ms. Jaro and is valid only for the purposes stated above.
2. This fee exemption applies only to the electronic files of this Court that are available through the PACER system.
3. By accepting this exemption, Ms. Jaro agrees not to sell for profit any data obtained because of receiving this exemption.
4. Ms. Jaro is prohibited from transferring any data obtained because of receiving this exemption, including redistribution via internet-based databases; and
5. **This exemption is authorized until May 10. 2025.**

This exemption may be revoked at the discretion of the Court at any time. Pursuant to Judicial Conference policy, the Clerk shall review the usage of the account as part of the Court financial audit process. The Clerk is DIRECTED to provide a copy of this Order to the PACER Service Center and Ms. Jaro.

Dated: November 8, 2024

Martin Reidinger, Chief
U.S. District Judge

**Account Jaro 7859914**