# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

1:24-MC-5

IN RE: EXEMPTION OF

ELECTRONIC

PUBLIC ACCESS FEES

FILED
Charlotte
Nov 18 2024
U.S. District Court
Western District of N.C.

## ORDER

This matter is before the Court upon application and request by Professor Charlotte Alexander for exemptions from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Professor Alexander is a Professor of Law and Ethics at the Scheller College of Business at the Georgia Institute of Technology. She is researching the relationship, if any, between the composition of boards of directors and corporate officers and the frequency and types of sexual harassment and sex discrimination cases filed in U.S District Courts between 2010 and 2021. She is looking to review approximately 134, 249 cases in 85 districts.

Professor Alexander qualifies for an exemption, and one is needed to avoid unreasonable burden and promote public access. She shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of this limited request. She shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. This fee exemption applies only to Professor Alexander and is valid only for the purposes stated above.
2. This fee exemption applies only to the electronic files of this Court that are available through the PACER system.
3. By accepting this exemption, Professor Alexander agrees not to sell for profit any data obtained because of receiving this exemption.
4. Professor Alexander is prohibited from transferring any data obtained because of receiving this exemption, including redistribution via internet-based databases; and
5. **This exemption is authorized until November 13, 2025.**

This exemption may be revoked at the discretion of the Court at any time. Pursuant to Judicial Conference policy, the Clerk shall review the usage of the account as part of the Court financial audit process. The Clerk is DIRECTED to provide a copy of this Order to the PACER Service Center and Professor Alexander.

Dated: 11/15/2024

Martin Reidinger, Chief
U.S. District Judge

**Account Alexander- 3917979**